BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED
JUN 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $463,960.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $195,590.84 SEIZED FROM BANK OF GEORGE ACCOUNT NUMBER 1020203723, HELD IN THE NAME OF IT PITSTOP, INC.,<br><br>2012 FORD F-250 TRUCK, VIN: 1FT7W2BT4CEA03491, CALIFORNIA LICENSE NUMBER: 19315H1, and<br><br>2008 MERCEDES BENZ CL 63 AMG COUPE, VIN: WDDEJ77X28A010863, CALIFORNIA LICENSE NUMBER: 7AGY715,<br><br>              Defendants. | 2:14-CV-01375-KJM-EFB<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 6, 2014, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $463,960.00 in U.S. Currency, Approximately $195,590.84 seized from Bank of George Account Number 1020203723, held in the name of IT Pitstop, Inc., 2012 Ford F-250 Truck,

1

1 | VIN: 1FT7W2BT4CEA03491, California License Number: 19315H1, and Mercedes Benz CL 63
2 | AMG Coupe, VIN: WDDEJ77X28A010863, California License Number: 7AGY715. (hereafter
3 | "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for
4 | one or more violations of 21 U.S.C. §§ 841 *et seq.*;

5 | And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and
6 | the affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent David E. Morris,
7 | there is probable cause to believe that the defendant assets so described constitute property that is
8 | subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of
9 | Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or
10 | Maritime Claims and Asset Forfeiture Actions;

11 | IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District
12 | of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

13 | Dated: 6-10-2014

EDMUND F. BRENNAN
United States Magistrate Judge