IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $463,960.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $195,590.84 SEIZED FROM BANK OF GEORGE ACCOUNT NUMBER 1020203723, HELD IN THE NAME OF IT PITSTOP, INC.,<br><br>2012 FORD F-250 TRUCK, VIN: 1FT7W2BT4CEA03491, CALIFORNIA LICENSE NUMBER: 19315H1, and<br><br>2008 MERCEDES BENZ CL 63 AMG COUPE, VIN: WDDEJ77X28A010863, CALIFORNIA LICENSE NUMBER: 7AGY715,<br><br>　　　　Defendants. | 2:14-CV-01375-KJM-EFB<br><br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

　　　This matter came before the Honorable Magistrate Judge Edmund F. Brennan on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant assets to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted.

/////

Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Kendall Thrift, Malissa Thrift, Cameron Thrift, Jaevon White and IT Pitstop, Inc. are held in default.

3. A judgment by default is hereby entered against any right, title, or interest of Kendall Thrift, Malissa Thrift, Cameron Thrift, Jaevon White and IT Pitstop, Inc. in the defendant assets referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant assets to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

SO ORDERED, this 22nd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE